Staci-Annette: Varnum

30148 Clearview Drive

Wesley Chapel, FL 33545

813-629-5411

stayuf@gmail.com

SEP 19 2025 PM1:36
FILED - USDC - FLMD - TPA

September 18, 2025

Clerk of Court

United States District Court

Middle District of Florida – Tampa Division

801 N. Florida Avenue

Tampa, FL 33602

Re: Filing of Appended Verified Emergency Motion to Vacate Final Judgment, Emergency TRO, and Related Motions

Case No.: 8:25-cv-02421-WFJ-LSG (cross-referencing 8:25-mc-38-KKM-TGW)

Dear Clerk of Court:

Please find enclosed for filing the following documents in the above-referenced matter:

1. Appended Verified Emergency Motion to Vacate Final Judgment (with Exhibits and Appendices)

2. Emergency Motion for Temporary Restraining Order and Preliminary Injunction

3. Proposed Order Granting TRO / Preliminary Injunction

4. Motion to Exceed Page Limits

5. Notice of Removal (State and Pasco versions)

6. Objection to Remand

7. Verified Complaint to Quiet Title

8. Emergency Motion to Stay Foreclosure Sale

9. Supporting Appendices (Statutory Authorities, Case Law, Definitions, and Exhibits Index)

Kindly docket these filings under the case number above. Please return a file-stamped copy for my records.

Respectfully submitted,

Staci-Annette: Varnum

Authorized Representative & Beneficiary for STACI ANNETTE VARNUM and the Estate of Curtis Neil Varnum

UCC 1-308 – All rights reserved without prejudice. Void where prohibited. If at any time in the past I have unknowingly or inadvertently waived or lessened my standing by an unknown contract, please forgive my error. Such would be an unconscionable contract or clause in violation of UCC 2-302.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail and/or email to Diaz & Associates, counsel for Plaintiff, this 18th day of September, 2025.

Staci-Annette: Varnum