UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING,
Plaintiff,

v.

STACI-ANNETTE: VARNUM,
Defendant.

SEP 19 2025 PM1:38
FILED - USDC - FLMD - TPA


Case No.: 8:25-cv-02421-WFJ-LSG (cross-referencing 8:25-mc-38-KKM-TGW)

_____/


## EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

COMES NOW, Staci-Annette: Varnum, the living woman, appearing sui juris, as the Sole Beneficiary and Authorized Representative for STACI ANNETTE VARNUM and the Estate of Curtis Neil Varnum, and respectfully moves this Honorable Court, pursuant to Federal Rule of Civil Procedure 65, for entry of an Emergency Temporary Restraining Order ("TRO") to stay and enjoin any foreclosure auction, resale, or transfer of the property located at 30148 Clearview Drive, Wesley Chapel, Florida 33545, pending this Court's review of the Defendant's Emergency Motion to Vacate Final Judgment and related filings.

## GROUNDS FOR RELIEF

1. Immediate and irreparable harm will result if a TRO is not entered. A foreclosure auction was previously scheduled, and although temporarily canceled due to the bidder's default, the bidder has petitioned the state court for a hearing to allow late payment, and the risk of imminent sale remains.

2. Defendant has presented substantial evidence of fraud upon the court,

judicial misconduct, and deprivation of constitutional rights in the underlying foreclosure action, demonstrating a likelihood of success on the merits.

3. The balance of equities favors Defendant, who risks wrongful deprivation of her homestead property, while Plaintiff stands to suffer no prejudice from temporary restraint given the pending disputes regarding standing, chain of title, and payment.

4. Granting the TRO serves the public interest in ensuring due process, fairness, and integrity of the courts.

RELIEF REQUESTED

WHEREFORE, Defendant respectfully prays to God that this Honorable Court grant the following relief:

A. Enter an immediate Temporary Restraining Order enjoining Plaintiff and any agents, assignees, or third parties from conducting, enforcing, or proceeding with any foreclosure sale, resale, or transfer of the subject property;

B. Preserve the status quo pending this Court's resolution of Defendant's Emergency Motion to Vacate Final Judgment and related motions;

C. Schedule a prompt hearing to determine whether a preliminary injunction should issue; and

D. Award such other and further relief as this Court deems just and proper.


Respectfully submitted,

Staci-Annette: Varnum
Authorized Representative & Beneficiary for STACI ANNETTE VARNUM

and THE ESTATE OF CURTIS NEIL VARNUM
All rights reserved without prejudice, UCC 1-308
30148 Clearview Drive
Wesley Chapel, FL 33545
813-629-5411
stayuf@gmail.com