UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING,
Plaintiff,

v.                                                    Case No.: 8:25-MC-38-KKM-TGW

STACI-ANNETTE: VARNUM,
Defendant.

SEP 19 2025 PM1:38
FILED - USDC - FLMD - TPA

_____/

**PROPOSED ORDER GRANTING TEMPORARY RESTRAINING ORDER**

This cause comes before the Court on Defendant's Emergency Motion for Temporary Restraining Order. Upon consideration of the Motion, supporting materials, and the entire record, the Court finds that Defendant has demonstrated (1) a substantial likelihood of success on the merits; (2) irreparable harm absent relief; (3) that the balance of equities tips in Defendant's favor; and (4) that a TRO is in the public interest.

Accordingly, it is ORDERED AND ADJUDGED:

1. Defendant's Emergency Motion for Temporary Restraining Order is GRANTED.
2. Plaintiff, its agents, assigns, and third parties are hereby ENJOINED from conducting, enforcing, or proceeding with any foreclosure sale, resale, or transfer of the property located at 30148 Clearview Drive, Wesley Chapel, Florida 33545.
3. This Order shall remain in effect until further order of this Court.
4. A hearing on whether a preliminary injunction should issue is set for

_____, 2025, at __:__ __.m. in Courtroom __, United States Courthouse, Tampa, Florida.

DONE AND ORDERED in Tampa, Florida, this ___ day of September 2025.

_____
Hon. Mary S. Scriven
United States District Judge

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING,
Plaintiff,

v.                    Case No.: 8:25-cv-02421-WFJ-LSG (cross-referencing 8:25-mc-38-KKM-TGW)

STACI-ANNETTE: VARNUM,
Defendant.

SEP 19 2025 PM 1:38
FILED - USDC - FLMD - TPA

_____/

## PROPOSED ORDER GRANTING TEMPORARY RESTRAINING ORDER

This cause comes before the Court on Defendant's Emergency Motion for Temporary Restraining Order. Upon consideration of the Motion, supporting materials, and the entire record, the Court finds that Defendant has demonstrated (1) a substantial likelihood of success on the merits; (2) irreparable harm absent relief; (3) that the balance of equities tips in Defendant's favor; and (4) that a TRO is in the public interest.

Accordingly, it is ORDERED AND ADJUDGED:

1. Defendant's Emergency Motion for Temporary Restraining Order is GRANTED.
2. Plaintiff, its agents, assigns, and third parties are hereby ENJOINED from conducting, enforcing, or proceeding with any foreclosure sale, resale, or transfer of the property located at 30148 Clearview Drive, Wesley Chapel, Florida 33545.
3. This Order shall remain in effect until further order of this Court.
4. A hearing on whether a preliminary injunction should issue is set for

2. Pursuant to § 1446(d), "the State court shall proceed no further unless and until the case is remanded."

3. Defendant respectfully requests that the Clerk HOLD issuance of any Certificate of Title and take no further action pending orders of the United States District Court.

Dated: September 09, 2025

Respectfully submitted,

**Staci-Annette: Varnum**

Authorized Representative & Beneficiary for STACI ANNETTE VARNUM and

THE ESTATE OF CURTIS NEIL VARNUM

All rights reserved without prejudice, UCC 1-308

30148 Clearview Drive

Wesley Chapel, FL 33545

813-629-5411

stayuf@gmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by email and/or U.S. Mail on September 09, 2025 to: Pasco County Courts – Foreclosure Sales Desk; and Sheena Diaz, Esq., Diaz & Associates (sdiaz@dallegal.com).