UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION


SHELLPOINT MORTGAGE SERVICING,

    Plaintiff,


v.                 Case No.: 8:25-cv-02421-WFJ-LSG

                          (cross-referencing 8:25-mc-38-KKM-TGW)


STACI-ANNETTE: VARNUM,

    Defendant.

SEP 19 2025 PM1:38
FILED - USDC - FLMD - TPA

_____/


EMERGENCY MOTION TO STAY ANY FUTURE FORECLOSURE SALE


Defendant, Staci-Annette: Varnum, sui juris, respectfully moves this Court for an Emergency Order staying and enjoining any future foreclosure sales related to the subject property, 30148 Clearview Drive, Wesley Chapel, Florida, until resolution of the pending motions and claims. In support, Defendant states as follows:


I. FACTUAL BACKGROUND

1. A foreclosure auction was previously conducted; however, the winning bidder defaulted.

2. As a result, no foreclosure sale is currently scheduled.

3. Plaintiff Shellpoint has filed fraudulent assignments and pursued foreclosure despite reporting the loan as paid in full to credit bureaus in November 2022.

4. All filings and correspondence have been addressed only to the Estate of Curtis Neil Varnum, not Defendant personally, consistent with Paragraph 12 of the mortgage which exempts Defendant from personal liability on the note.

5. Defendant was misled by Plaintiff's loss mitigation representatives, including Ms. Simmons and Brian Gibbs, into not responding to the foreclosure complaint, thereby manufacturing a default.

6. Emergency motions filed by Defendant were summarily denied in state court by handwritten notations, without findings of fact or law, constituting a denial of due process.

## II. ARGUMENT

7. Fraud Upon the Court – The foreclosure is predicated upon fraudulent and robo-signed assignments, a false chain of title, and misrepresentations that render the judgment void ab initio.

8. Violation of Federal Law – Plaintiff violated TILA, RESPA, FDCPA, RICO, and HUD/FHA rules requiring proper notice, loss mitigation, and borrower protections.

9. Irreparable Harm – If another foreclosure sale were scheduled before this Court resolves the pending motions, Defendant would face irreparable harm through the loss of her home and property rights.

10. Balance of Equities – The balance favors Defendant, as Plaintiff has already been unjustly enriched and has no standing.

11. Public Interest – The public has an interest in ensuring judicial integrity, preventing fraudulent foreclosures, and protecting constitutional rights.

## III. RELIEF REQUESTED

WHEREFORE, Defendant respectfully requests that this Court enter an Order:

a. Staying and enjoining Plaintiff from scheduling or conducting any foreclosure sale pending resolution of this action;

b. Preserving the status quo until the Court adjudicates Defendant's Emergency Motion to Vacate Final Judgment, Verified Complaint to Quiet Title, Emergency Motion for TRO, and Objection to Remand; and

c. Granting such other relief as the Court deems just and proper.

Respectfully submitted,

Staci-Annette: Varnum

Authorized Representative & Beneficiary for STACI ANNETTE VARNUM and the Estate of Curtis Neil Varnum

UCC 1-308 – All rights reserved without prejudice. Void where prohibited. If at any time in the past I have unknowingly or inadvertently waived or lessened my standing by an unknown contract, please forgive my error. Such would be an unconscionable contract or clause in violation of UCC 2-302.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail and/or email to Diaz & Associates, counsel for Plaintiff, this 16th day of September, 2025.

Staci-Annette: Varnum

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

SHELLPOINT MORTGAGE SERVICING,

   Plaintiff,

SEP 19 2025 PM1:38
FILED - USDC - FLMD - TPA

V

STACI-ANNETTE: VARNUM,

   Defendant.

Case No.: 8:25-cv-02421-WFJ-LSG
Cross-Reference: 8:25-mc-38-KKM-TGW
Lower Tribunal No.: 2024-CA-000380-CAAXES (Pasco County, Florida)

**EMERGENCY MOTION TO STAY ANY FUTURE FORECLOSURE SALE**

Defendant, Staci-Annette: Varnum, sui juris, respectfully moves this Court for an Emergency Order staying and enjoining any future foreclosure sales related to the subject property, 30148 Clearview Drive, Wesley Chapel, Florida, until resolution of the pending motions and claims. In support, Defendant states as follows:

**I. FACTUAL BACKGROUND**

1. A foreclosure auction was previously conducted; however, the winning bidder defaulted.

2. As a result, no foreclosure sale is currently scheduled.

3. Plaintiff Shellpoint has filed fraudulent assignments and pursued foreclosure despite reporting the loan as paid in full to credit bureaus in November 2022.

4. All filings and correspondence have been addressed only to the Estate of Curtis Neil Varnum, not Defendant personally, consistent with Paragraph 12 of the mortgage which exempts Defendant from personal liability on the note.

5. Defendant was misled by Plaintiff's loss mitigation representatives, including Ms. Simmons and Brian Gibbs, into not responding to the foreclosure complaint, thereby manufacturing a default.

6. Emergency motions filed by Defendant were summarily denied in state court by handwritten notations, without findings of fact or law, constituting a denial of due process.

## II. ARGUMENT

7. Fraud Upon the Court – The foreclosure is predicated upon fraudulent and robo-signed assignments, a false chain of title, and misrepresentations that render the judgment void ab initio.

8. Violation of Federal Law – Plaintiff violated TILA, RESPA, FDCPA, RICO, and HUD/FHA rules requiring proper notice, loss mitigation, and borrower protections.

9. Irreparable Harm – If another foreclosure sale were scheduled before this Court resolves the pending motions, Defendant would face irreparable harm through the loss of her home and property rights.

10. Balance of Equities – The balance favors Defendant, as Plaintiff has already been unjustly enriched and has no standing.

11. Public Interest – The public has an interest in ensuring judicial integrity, preventing fraudulent foreclosures, and protecting constitutional rights.

## III. RELIEF REQUESTED

WHEREFORE, Defendant respectfully requests that this Court enter an Order:

a. Staying and enjoining Plaintiff from scheduling or conducting any foreclosure sale pending resolution of this action;

b. Preserving the status quo until the Court adjudicates Defendant's Emergency Motion to Vacate Final Judgment, Verified Complaint to Quiet Title, Emergency Motion for TRO, and Objection to Remand; and

c. Granting such other relief as the Court deems just and proper.

Respectfully submitted,

_Staci-Annette: Varnum_

Staci-Annette: Varnum

Authorized Representative & Beneficiary for STACI ANNETTE VARNUM and the Estate of Curtis Neil Varnum

UCC 1-308 – All rights reserved without prejudice. Void where prohibited. If at any time in the past I have unknowingly or inadvertently waived or lessened my standing by an unknown contract, please forgive my error. Such would be an unconscionable contract or clause in violation of UCC 2-302.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail and/or email to Diaz & Associates, counsel for Plaintiff, this 16th day of September, 2025.

Staci-Annette: Varnum

_Staci-Annette: Varnum_