IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


STACI-ANNETTE: VARNUM,
  Defendant/Movant,

v.

SEP 19 2025 PM 1:37
FILED - USDC - FLMD - TPA

NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING,
  Plaintiff.


Case No.: 8:25-cv-02421-WFJ-LSG
Cross-Reference: 8:25-mc-38-KKM-TGW
Lower Tribunal No.: 2024-CA-000380-CAAXES (Pasco County, Florida)


## MOTION FOR LEAVE TO EXCEED PAGE LIMITS

COMES NOW, Staci-Annette: Varnum, a natural living woman appearing sui juris, and respectfully moves this Honorable Court for leave to exceed the standard 25-page limitation under the Local Rules, and in support states as follows:

1. Movant has filed an Emergency Motion addressing urgent constitutional violations, fraud upon the court, judicial misconduct, deprivation of rights, and complex issues of federal and banking law.

2. Due to the extensive statutory, regulatory, and case law authority required, as well as the intricate factual background involving mortgage securitization, equitable title, FHA/HUD violations, and jurisdictional defects, the Emergency Motion is approximately 59 pages in length.

3. Restricting this Emergency Motion to 25 pages would materially prejudice Movant, as it would prevent the Court from receiving a full and fair presentation of all relevant legal authorities and factual details necessary to adjudicate the matter.

4. This request is not made for the purpose of delay, but in good faith, to ensure justice is served and that the Court may fully review the constitutional, statutory, and equitable grounds requiring immediate intervention.

5. Movant respectfully requests that this Court rule on this Motion no later than September 18, 2025, due to the time-sensitive nature of the pending foreclosure sale and the irreparable harm that would result absent timely relief.

WHEREFORE, Movant respectfully prays this Court grant leave for the Emergency Motion to exceed the 25-page limit and be accepted in its entirety as filed.

Respectfully submitted,

Staci-Annette: Varnum
Authorized Representative & Beneficiary for
STACI ANNETTE VARNUM and THE ESTATE OF CURTIS NEIL VARNUM
All rights reserved without prejudice, UCC 1-308
30148 Clearview Drive
Wesley Chapel, FL 33545
813-629-5411
stayuf@gmail.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail and/or email to Diaz & Associates, counsel for Plaintiff, this 18th day of September, 2025.

Staci-Annette: Varnum