UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION


SHELLPOINT MORTGAGE SERVICING,


STACI-ANNETTE: VARNUM,

SEP 19 2025 PM1:38
FILED - USDC - FLMD - TPA

Defendant.

Case No.: 8:25-cv-02421-WFJ-LSG
Cross-Reference: 8:25-mc-38-KKM-TGW
Lower Tribunal No.: 2024-CA-000380-CAAXES (Pasco County, Florida)


**VERIFIED COMPLAINT TO QUIET TITLE**


## I. INTRODUCTION & JURISDICTION

Defendant, Staci-Annette: Varnum, sui juris, brings this Verified Complaint to Quiet Title against Plaintiff Shellpoint Mortgage Servicing. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331, 1332, and 1367, as this matter arises under the Constitution, laws, and treaties of the United States, including TILA, RESPA, FDCPA, RICO, and HUD/FHA protections.


## II. FACTUAL ALLEGATIONS

1. The alleged loan originated with Ditech.

2. The Allonge shows the loan was paid in full; subsequent assignment filed by Shellpoint was robo-signed and fraudulent.

3. Shellpoint reported the loan as paid in full to TransUnion in November 2022, yet continued to collect payments until September 2023.

4. All documents and correspondence were addressed to the Estate of Curtis Neil Varnum, not Defendant personally.

5. Paragraph 12 of the mortgage expressly states that Defendant is not personally obligated on the note.

6. Loss mitigation representatives, including Ms. Simmons and Brian Gibbs, misled Defendant into believing no response to the foreclosure complaint was required, thereby manufacturing a default.

7. Plaintiff initiated foreclosure despite Defendant being in active loss mitigation, and in violation of HUD and FHA rules requiring notice, counseling, and a face-to-face interview.

8. Defendant filed emergency motions challenging fraud and standing. On May 25, 2025, Judge Barthle summarily denied the Motion to Vacate Final Judgment, Motion to Stay Sale, and TRO with eight handwritten words: 'Denied as to emergency and denied as to substance,' without findings of fact or law.

9. The Pasco County Circuit Court never adjudicated the validity of title, leaving the issue unresolved.

## III. CAUSES OF ACTION

Count I – Quiet Title (invalid assignment, lack of standing, defective chain of title).

Count II – Declaratory Relief (mortgage/note void ab initio; fraud upon the court).

Count III – RICO (18 U.S.C. §§ 1961–1968; predicate acts include mail/wire fraud, false filings).

Count IV – Violations of TILA, RESPA, and FDCPA.

Count V – Constitutional Violations (due process and equal protection).

## IV. RELIEF REQUESTED

WHEREFORE, Defendant respectfully requests that this Court:

a. Declare that Plaintiff has no lawful or enforceable interest in the property located at 30148 Clearview Drive, Wesley Chapel, Florida;

b. Quiet title to said property in the name of Defendant;

c. Cancel and expunge all fraudulent assignments of mortgage;

d. Order a forensic accounting and full audit of the alleged account;

e. Require the return of all unjust enrichment;

f. Award compensatory, punitive, and treble damages; and

g. Grant such other relief as this Court deems just and proper.

## V. VERIFICATION

I, Staci-Annette: Varnum, verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Respectfully submitted,

Staci-Annette: Varnum

Authorized Representative & Beneficiary for STACI ANNETTE VARNUM and the Estate of Curtis Neil Varnum

UCC 1-308 – All rights reserved without prejudice. Void where prohibited. If at any time in the past I have unknowingly or inadvertently waived or lessened my standing by an unknown contract, please forgive my error. Such would be an unconscionable contract or clause in violation of UCC 2-302.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail and/or email to Diaz & Associates, counsel for Plaintiff, this 18th day of September, 2025.



Staci-Annette: Varnum