IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, FLORIDA

Case No. 2024-CA-000380-CAAXES

NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING,
Plaintiff,

v.

STACI-ANNETTE: VARNUM,
Defendant.

SEP 19 2025 PM 1:38
FILED - USDC - FLMD - TPA

## NOTICE OF REMOVAL TO FEDERAL COURT

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Staci-Annette: Varnum has filed a Notice of Removal of this action to the United States District Court for the Middle District of Florida, Tampa Division, Case No. 8:25-MC-38-KKM-TGW. A copy of the Notice of Removal filed in federal court is attached hereto. Accordingly, the Pasco County Circuit Court shall proceed no further in this matter unless and until the case is remanded by the federal court.

Respectfully submitted,

Staci-Annette: Varnum
Staci-Annette: Varnum
In persona propria sui juris
Sole Beneficiary & Authorized Representative
for STACI ANNETTE VARNUM and THE ESTATE OF CURTIS NEIL VARNUM
30148 Clearview Drive
Wesley Chapel, FL 33545
813-629-5411
stayuf@gmail.com