NEWREZ LLC d/b/a SHELLLPOINT MORTGAGE SERVICING,

    Plaintiff,

v.

STACI-ANNETTE VARNUM,

    Defendant.

_____/

Case No.: 8:25-CV-02421-WFG-LSG

## <u>MOTION TO STAY</u>

Plaintiff, NEWREZ LLC d/b/a SHELLLPOINT MORTGAGE SERVICING, ("Plaintiff"), by and through undersigned counsel, hereby moves this Court to stay Plaintiff's deadlines to respond to the various Motions and pleadings filed by Defendant Staci-Annette Varnum ("Defendant") on September 19,2025 pending this Court's ruling on Plaintiff's Motion for Remand (Doc. #9), and in support thereof states:

1. On September 9, 2025 and prior to the scheduled foreclosure sale, Defendant filed her Emergency Notice of Removal and Verified Motion to Stay Foreclosure Sale.

2. On September 11, 2025, Plaintiff filed a Motion for Remand. (Doc.# 9).

3. On September 19, 2025, Defendant filed an Appended Verified Motion to Vacate Final Judgment, to Stay Foreclosure Sale, and for Federal Intervention Based on Fraud, Lack of Jurisdiction, Deprivation of Rights and Judicial Misconduct. (Doc. #11).

4. On September 19, 2025, Defendant filed an Emergency Motion for Temporary Restraining Order. (Doc. #12).

5. On September 19, 2025, Defendant filed an Emergency Motion to Stay Any Future Foreclosure Sales. (Doc. #13).

6. On September 19, 2025, Defendant filed a Motion for Leave to Exceed Page Limits. (Doc. #15).

7. On September 19, 2025, Defendant filed a Verified Complaint to Quiet Title. (Doc.#16).

8. Pursuant to this Court's Local Rule 3.01(c), Plaintiff's responses to these filings are due on October 3, 2025, or 14 days after September 19, 2025.

9. Plaintiff asks that this Court stay this deadline for Plaintiff to respond to the various Motions and Complaint filed by Defendant pending the Court's ruling on Plaintiff's Motion for Remand.

10. Plaintiff submits that the relief requested will conserve judicial resources and save Plaintiff both time and money. Moreover, Defendant will not be prejudiced in any way

**WHEREFORE**, Plaintiff, NEWREZ LLC d/b/a SHELLLPOINT MORTGAGE SERVICING, respectfully requests this Court to grant a stay of Plaintiff's deadline to respond to the various Motions and pleadings filed by Defendant Staci-Annette Varnum on September 19, 2025 pending the Court's ruling on Plaintiff's Motion for Remand (Doc. #9), together with awarding Plaintiff any such further relief this Court deems proper and just.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 22, 2025 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF which will send electronic notice to all counsel for record. I further certify that a copy of the foregoing was mailed to Staci-Annette Varnum, 30148 Clearview Drive, Wesley Chapel, FL 33545.

By: _____

Greg H. Rosenthal
Florida Bar No.: 955884
Roy Diaz, Attorney of Record
Florida Bar No. 767700
Diaz Anselmo & Associates, P.A.
Attorneys for Plaintiff
499 NW 70th Ave., Suite 309
Fort Lauderdale, FL 33317
Telephone: (954) 564-0071
Primary:gronsenthal@shdlegalgroup.com
Secondary: dlopez@shdlegalgroup.com